PEOPLE V ANDRE BROWN, No. 151749; Court of Appeals No. 325419.

PEOPLE V McKNIGHT, No. 151759; Court of Appeals No. 319979.

PEOPLE V JOHN SANDERS, No. 151771; Court of Appeals No. 320247.

US BANK NATIONAL ASSOCIATION V CARSWELL, No. 151789; Court of Appeals No. 320416.

MARKS V REVERSE MORTGAGE SOLUTIONS, INC, No. 151803; Court of Appeals No. 320211.

PEOPLE V MICHAEL LEWIS, No. 151819; Court of Appeals No. 320219.

PEOPLE V LANDERS, No. 151821; Court of Appeals No. 320069.

PEOPLE V VILLANUEVA, No. 151825; Court of Appeals No. 326498.

PEOPLE V CHRISTIAN BELL, No. 151826; Court of Appeals No. 315196.

PEOPLE V SHAW, No. 151828; Court of Appeals No. 326804.

PEOPLE V MALOY, No. 151833; Court of Appeals No. 317929.

PEOPLE V FARRSIAR, No. 151838; Court of Appeals No. 320376.

PEOPLE V HOWE, No. 151846; Court of Appeals No. 326439.

PEOPLE V VINCENT, No. 151853; Court of Appeals No. 326807.

PEOPLE V CLAUDE HENDERSON, No. 151854; Court of Appeals No. 326490.

PEOPLE V FRANKIE DAVIS, No. 151859; Court of Appeals No. 320326.

PEOPLE V BLACK-WICKLIFFE, No. 151863; Court of Appeals No. 326472.

PEOPLE V TAMAINE FOSTER, No. 151903; Court of Appeals No. 320136.

PEOPLE V HARTMAN, No. 151931; Court of Appeals No. 320032.

GARVIN V DETROIT BOARD OF EDUCATION, No. 151997; Court of Appeals No. 319557.

PEOPLE V IANNUCCI, No. 152023; Court of Appeals No. 323604.

PEOPLE V PLAIN, No. 152129; Court of Appeals No. 322358.

WEHBE V WEHBE, No. 152285; Court of Appeals No. 325847.

*Reconsideration Denied October 28, 2015:*

PEOPLE V WAGNER, No. 150702; Court of Appeals No. 316316. Leave to appeal denied at 497 Mich 1041.

BEGININ V THOMAS HOSPITALITY GROUP, INC, No. 150845; Court of Appeals No. 317515. Leave to appeal denied at 498 Mich 853.